**Ruth Walker Sewell, appellee, v. Arthur Sewell, appellant. Gen. No. 40,048.**

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed November 17, 1938.

Teed, Kammermann & Johnson, for appellant; Hugh E. Johnson, of counsel. Alva L. Bates, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

**Realty Management Company, appellant, v. Louis Medow, appellee. Gen. No. 40,068.**

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed November 17, 1938.

William A. Murphy and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; William A. Murphy and Jesse H. Brown, of counsel. William J. Popper and George Bieber, for appellee; William J. Popper, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

**Louis A. Smith, appellee, v. Roy Hefter, appellant. Gen. No. 40,170.**

Heard in the first division of this court for the first district at the June term, 1938. Opinion filed November 21, 1938.

William T. Pridmore, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**Chicago Title and Trust Company, appellee, v. A. Wortell, appellant. Harriet Henning et al., appellees. Gen. No. 40,153.**

Heard in the first division of this court for the first district at the June term, 1938. Opinion filed November 21, 1938.

Louis E. Levinson, for appellant; Samuel B. Barnett, of counsel. Gottlieb & Schwartz, for appellees; Claude A. Roth and Harry E. Smoot, of counsel.

Mr. Justice Matchett delivered the opinion of the court.